### 1707.  OLIVER v. THE STATE.

POWELL, J. The only complaint is that the verdict is without evidence to support it. There being direct and positive evidence of the commission of the crime, the point is not well taken; and, consequently, the judgment is                                            *Affirmed.*

Accusation of unlawful sale of liquor, from city court of Hartwell—Judge Hodges.  January 4, 1909.

Submitted March 10,—Decided March 16, 1909.

*A. G. & Julian McCurry,* for plaintiff in error.

*James H. Skelton, solicitor,* contra.